IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff-Respondent,  ) | |
| ) | NO. 16-CV-00627 MCA/SMV |
| v.              ) | 10-CR-01713 MCA |
| ) | |
| LAWRENCE LAMB,              ) | |
| ) | |
| Defendant-Petitioner.     ) | |

**ORDER GRANTING LEAVE TO FILE AMENDED PETITION**

This Court has received and considered Defendant-Petitioner Lamb's Unopposed Motion for Leave to File Amend Petition [CV Doc. 8, CR Doc. 80]. After examining the motion, this Court finds that the motion is well taken.

THEREFORE, IT IS ORDERED THAT Petitioner Lamb is hereby granted leave to file an amended §2255 petition on or before September 9, 2016.

IT IS FURTHER ORDERED THAT the deadline for the United States to answer Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is hereby extended to twenty-three days after September 9, 2016.

Dated: August 29, 2016

_____
**THE HONORABLE STEPHAN M. VIDMAR**
United States Magistrate Judge

Submitted by:                                          Approved by:

*/s/ Michael V. Davis, Esq._____*          *Approved Telephonically on 06/26/16_____*
**MICHAEL V. DAVIS, ESQ.**                        **NORMAN CAIRNS, ESQ.**
Attorney for Defendant-Petitioner Contreras       Assistant United States Attorney